EDWARD J. BROOKS, as Administrator, etc., of GRACE E. BROOKS, Deceased, Appellant, v. CALIFORNIA FRUIT MARKETS, INC., Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that there was a jury question as to the defendant's negligence. All concur, except Crosby, P. J., and Taylor, J., who dissent and vote for affirmance. (The judgment dismisses the complaint in a negligence action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of GEORGE C. HAINES, as Executor, etc., of ADELBERT D. HAINES, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. All concur. (The portion of the decree appealed from directs the executor to repossess certain stocks, or, in the alternative, to pay a certain sum to himself and to proceed to the payment of claims against the estate of decedent and file a supplemental final account.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EDWARD J. SMITH, Respondent, v. DOROTHY HALSTEAD, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor and McCurn, JJ., who dissent and vote for reversal and for denial of the motion. (The order of Niagara County Court grants plaintiff's motion to strike out from defendant's notice of appeal from a judgment of Niagara Falls City Court a demand for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.